IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05-CR-15-LSC |
| | ) | |
| MAX OTIS HINES | ) | |

### MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America, by and through its Attorney for the Middle

District of Alabama, and moves the Court for leave to dismiss the Indictment filed on January

6, 2005, as to Max Otis Hines on the following grounds:

Superseding Indictment filed on April 20, 2005.

Respectfully submitted this 21st day of December, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov

## MOTION GRANTED

THIS __22nd__ DAY OF __December__ , 20 __06__

_____/s/ L. Scott Coogler_____
UNITED STATES DISTRICT JUDGE