IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:05cr15-MHT |
| | ) | (WO) |
| MAX OTIS HINES | ) | |

ORDER

In accordance with the habeas opinion and judgment in *Hines v. United States*, 1:16cv511 (M.D. Ala. Sept. 30, 2019), copies of which have been filed in this criminal case as docket numbers 88 and 89, it is ORDERED as follows:

(1) The judgment of conviction (doc. no. 73) in this criminal case is vacated.

(2) The clerk of the court is to make arrangements for the appointment of counsel for defendant Max Otis Hines.

(3) Re-sentencing is set for November 6, 2019, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(4) By October 16, 2019, the Probation Department is to file a comprehensive report as to (a) how defendant Hines is doing on supervised release; (b) whether he has had a mental-health evaluation and, if so, what the results are; and (c) what his special conditions of supervised release should be when he is re-sentenced.

(5) By October 23, 2019, the parties are to file re-sentencing briefs.  By October 30, 2019, each party is to file a response to the other's brief.  The briefs should address not only what defendant Hines's new incarceration sentence should be but also what the conditions of his supervised release should be in light of his current circumstances.

DONE, this the 30th day of September, 2019.

          /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE